IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS MACKLIN**                                                                                   **PLAINTIFF**

v.                                    No. 4:11-cv-900-DPM

**FMC TRANSPORT INC.**                                                                        **DEFENDANT**

ORDER

Motion to strike, *Document No. 18*, granted. First amended complaint, *Document No. 17*, stricken. The tardiness of Macklin's attempted amended pleading is not material. But Macklin must file a first amended complaint conforming to the Court's Order, *Document No. 13*, by 31 May 2012.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2012