IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS MACKLIN**  PLAINTIFF

v.  No. 4:11-cv-900-KGB

**FMC TRANSPORT INC.**  DEFENDANT

## ORDER

Pending is Defendant's Second Motion to Strike (Dkt. No. 26). The motion is granted in part and denied in part. The Court grants Defendant's Second Motion to Strike in part by striking the First Amended Complaint (Dkt. No. 25). The Court denies the request to dismiss with prejudice this case at this time. To that extent, the Second Motion to Strike is denied.

The First Amended Complaint fails—for a second time—to comply with the prior Orders of this Court (Dkt. Nos. 13, 20). Plaintiff must file an amended complaint that conforms to the Court's Orders by Wednesday, July 18, 2012. Failure to do so may result in a dismissal with prejudice of Plaintiff's Complaint. See Fed. R. Civ. P. 41(b).

SO ORDERED this the 9 day of July, 2012.

_____
Kristine G. Baker
United States District Judge