# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DENNIS MACKLIN**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:11-cv-00900-KGB**

**FMC TRANSPORT, INC.**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 12th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE